**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

JOHN ZAVERDAS,    )
    )
    Plaintiff,    )
    )    CASE NO. 2:25-cv-368-PPS-APR
v.    )
    )
ELIEL JOSEPH,    )
    )
    Defendant.    )

**ORDER**

Plaintiff John Zaverdas, proceeding *pro se*, sued Defendants Keen Cargo, Inc. and

Eliel Joseph on August 11, 2025 over a traffic accident on the George Washington Bridge

in New Jersey. Zaverdas identified Keen Cargo as an Indiana company [*see* DE 1 at 1],

but Keen Cargo was dismissed from the case on December 11, 2025 [DE 8]. That left

Joseph, a Florida resident, as the only remaining defendant.

Keen Cargo's dismissal raised a threshold question: does this Court have

personal jurisdiction over Joseph, a Floridian, for an accident that took place in New

Jersey? Magistrate Judge Andrew P. Rodovich issued a Report and Recommendation on

that issue. [DE 11.]

**ACCORDINGLY:**

Having reviewed Magistrate Judge Rodovich's Report and Recommendation, to

which no objection has been filed, the Court hereby **ADOPTS** the findings and

recommendation [*Id.*] in their entirety and **DISMISSES** this action. The clerk is

1

**DIRECTED** to close this case.

SO ORDERED.

ENTERED: July 21, 2026.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT